say, individually and as administratrix, etc., of Malcom Ramsay, deceased.

. PER CURIAM. Order modified (1) by striking out paragraph thereof marked second and substituting a direction striking out paragraphs marked third, ninth, and tenth of the complaint; (2) by striking out so much of paragraph fourth of the complaint as reads, "in violation of said understanding and agreement and." As thus modified, the order is affirmed, with $10 costs and disbursements. Settle order on two days' notice before Mr. Justice Stapleton. See, also, 153 N. Y. Supp. 1120.

INTEMANN v. ATLANTIC AMUSEMENT CO. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Ernest A. G. Intemann, Jr., against the Atlantic Amusement Company. No opinion. Application denied, with $10 costs. Order signed.

INTERNATIONAL PAPER CO., Respondent, v. ROCKEFELLER, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by the International Paper Company against William Rockefeller.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 161 App. Div. 180, 146 N. Y. Supp. 371. ·

SMITH, P. J., not voting, not being a member of the court at the time of the decision. COCHRANE, J., not sitting.

JABALIE, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Fadwa Jabalie against George C. Taylor, · as president, etc. J. Ansbacher, of New York City, for appellant. C. Mayer, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

In re JACKSON. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) In the matter of the application of Percival E. Jackson, an attorney, etc., for an order fixing and enforcing his lien, etc. No opinion. Order affirmed without costs. As we read the affidavit of the moving party, it contains no evidence of the reasonable value of the services rendered; therefore he is not aggrieved by the fixation of the Special Term.

JACOBSON v. JACOBSON. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Anna Jacobson against Ignatz Jacobson, wherein Max Brown appeals. M. Brown, of New York City, for appellant. T. Tally, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1119; 155 N. Y. Supp. 1115.

JACOBSON v. JACOBSON. BROWN v. ROSENBERG. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Anna Jacobson against Ignatz Jacobson. Action by Max Brown against Nathaniel Rosenberg, as receiver. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1115.

In re JAFFE. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Moses Jaffe. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See, also, 146 App. Div. 953, 131 N. Y. Supp. 1121.

JAMES McCREERY REALTY CORPORATION, Respondent, v. ASSOCIATED MERCHANTS' CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the James McCreery Realty Corporation against the Associated Merchants' Company and others. L. Carroll, of New York City, for appellants. P. Fuller, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 N. Y. Supp. 1115.

JAMES McCREERY REALTY CORPORATION, Respondent, v. ASSOCIATED MERCHANTS' CO. et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the James McCreery Realty Corporation against the Associated Merchants' Company and others.

PER CURIAM. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 N. Y. Supp. 1115.

INGRAHAM, P. J., dissents.

JAMES McCREERY REALTY CORPORATION, Respondent, v. ASSOCIATED MERCHANTS' CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by the McCreery Realty Corporation against the Associated Merchants' Company and others. L. Carroll, of New York City, for appellants. P. Fuller, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 N. Y. Supp. 1115.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, on the ground that the court has no power to authorize a lease for a period beyond the date of entry of final judgment in this action.

JENKINS, Respondent, v. JENKINS, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Bessie P. Jenkins against Arthur Jenkins. J. H. Jackson, of New York City, for appellant. F. Colety, of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed.

JOHANNS v. FICKE et al. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Appeal from Special Term, New York County. Action by Frederick L. Johanns against Theodore Ficke and another. From the judgment, defendants appeal. Modified and affirmed. Henry D. Merchant, of New York City, for appellant Ficke. James M. Kelly, ·of Brooklyn, for appellant Dunn.